USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/4/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CINDY CONAHAN, :
:
Plaintiff, :
: 20-cv-1254 (LJL)
-v- :
: ORDER
MEDQUEST LTD, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties have submitted a proposed stipulation and order for the production and exchange of confidential information. *See* Dkt. No. 36. Rule 2(F) of this Court's Individual Practices in Civil Cases provides:

> All parties wishing to propose a protective order must, after receiving the Court's permission in accordance with Paragraph 1(B), submit a proposed protective order that conforms as closely as possible with the Court's Model Protective Order, which is available on the Judge's website. The proposed protective order must be accompanied by a cover letter that states whether the parties have adopted, without alteration, the Court's Model Protective Order or whether the parties have made alterations. Any changes must be reflected in a redline that should be filed as an exhibit to the proposed protective order.

The parties' proposed protective order does not comply with this rule. The parties are directed to submit a new application for a protective order within two (2) weeks of this Order.

SO ORDERED.

Dated: May 4, 2021                         _____
      New York, New York                              LEWIS J. LIMAN
                                                United States District Judge