```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
CINDY CONAHAN,                                                   :
:
Plaintiff,                                                       :
:                           20-cv-1325 (LJL)
-v-                                                              :
:                                ORDER
MEDQUEST LTD et al.,                                             :
:
Defendants.                                                      :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In light of the Court's approval, at Dkt. No. 55, of Defendant MedQuest's request, on consent, for one month's delay, Dkt. No. 45, the previously-scheduled post-discovery status conference for January 20, 2022 is adjourned. In light of the appearance of new counsel on behalf of the defendants, Dkt. Nos. 56–57, the status conference scheduled at Dkt. No. 55 for January 25, 2022 is adjourned.

      The parties are directed to submit a proposed amended case management plan by January 20, 2022.

      SO ORDERED.

Dated: January 14, 2022
       New York, New York
                                                    LEWIS J. LIMAN
                                                 United States District Judge