UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DWYER LAW FIRM, L.L.C.
550 Broad Street, Suite 704
Newark, New Jersey 07102
(973) 242-3636
Attorneys for Plaintiff

_____

CINDY CONAHAN,

    Plaintiff and Counterclaim-Defendant.

v.

MEDQUEST, LTD., LESLIE INZUNZA, and ELLIOT STONE,

    Defendants and Counterclaim-Plaintiffs.

_____

HON. LEWIS J. LIMAN, U.S.D.J.

Civil Action No. 20-cv-1325 (LJL)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Andrew Dwyer of The Dwyer Law Firm, L.L.C. hereby enters his appearance as co-counsel for plaintiff and counter-claim defendant Cindy Conahan.

By:   /s/ **Andrew Dwyer**

_____
Andrew Dwyer (AD-7793)
The Dwyer Law Firm, L.L.C.
550 Broad Street, Suite 704
Newark, New Jersey 07102
(973) 242-3636 (phone)
(973) 242-3399 (fax)
andy@thedwyerlawfirm.com

Dated: March 2, 2023