# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**MALLORY A. CAMPBELL**
mcampbell@bsk.com
P: (646) 253-2339
F: (646) 253-2301

March 15, 2023

**VIA ELECTRONIC FILING**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Cindy Conahan v. MedQuest Ltd., et al*
      Civil Action No.: 20-CV-01325

Dear Judge Liman:

We represent Defendants in the above-referenced matter. We write to withdraw Defendants' First Motion in Limine precluding Plaintiff from introducing Christina Rosa and Carolyn Fink as witnesses and Defendants' Second Motion in Limine to preclude Ms. Rosa and Ms. Fink from testifying about their lawsuit involving Defendant MedQuest.

Thank you for your consideration.

Best regards,

BOND, SCHOENECK & KING, PLLC


_____/s/_____
Mallory A. Campbell

CC: Via ECF Filing
     Michael R. DiChiara, Esq.