# KRAKOWER DICHIARA LLC
Attorneys and Counselors at Law
www.kdlawllc.com

*Michael R. DiChiara*
Member
md@kdlawllc.com
Admitted in NJ, NY, and MA

p (201) 746-0303
f (866) 417-2333

333 Bloomfield Ave
Suite 305-4
Caldwell, NJ 07006

100 Church Street, 8th Floor
New York, NY 10007

March 20, 2023

VIA ECF
Hon. Lewis Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   Conahan v. Medquest, et al.
             20-cv-1325

Dear Judge Liman:

    This firm represents Plaintiff in the above referenced action. I write on behalf of both parties to request permission to file reply papers concerning their respective motions *in limine*. When the schedule for pre-trial submissions was established, there was no deadline set for reply submissions. Accordingly, the parties respectfully request that the Court grant them until March 29 to submit replies for their motions *in limine*.

    Thank you for your consideration of the above.

Respectfully submitted,

*Michael R. DiChiara*

Michael R. DiChiara

cc:     All counsel of record (via ecf)