

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**LOUIS P. DILORENZO**
dilorel@bsk.com
P: (646) 253-2330
F: (646) 253-2301

April 13, 2023

**VIA ELECTRONIC FILING**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Cindy Conahan v. MedQuest Ltd., et al*
      Civil Action No.: 20-CV-01325

Dear Judge Liman:

We represent Defendants MedQuest, Ltd. ("MedQuest"), Elliot Stone ("Mr. Stone"), and Leslie Inzunza ("Ms. Inzunza") (collectively, "Defendants") in the above-referenced matter. In the event today's settlement conference is unsuccessful, we write to request a pre-motion conference to clarify Plaintiff's Motion in Limine #3.

Thank you for your consideration.

Best regards,

BOND, SCHOENECK & KING, PLLC


_____/s/_____
Louis P. DiLorenzo

CC: Via ECF Filing
    Michael R. DiChiara, Esq.